IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

RICARDO PADILLA NUNEZ,

    Plaintiff,

v.

D. RAY JAMES CORRECTIONAL
FACILITY; TRACY JOHNS; GEO GROUP,
INC.; GEORGE ZOLEY; CHARLES
SAMUEL; and BUREAU OF PRISONS,

    Defendants.

CIVIL ACTION NO.: 5:16-cv-12

## **O R D E R**

Before the Court is Petitioner's Motion for Leave to Proceed In Forma Pauperis. (Doc. 2.) As laid out below, because Petitioner has the ability pay the filing fee in this case, his Motion is **DENIED.**

Petitioner, an inmate at D. Ray James Correctional Facility in Folkston, Georgia, filed this action seeking to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2241. (Doc. 1.) Petitioner did not pay the filing fee and instead filed the instant Motion wherein he declares that he is unable to pay the fee. (Doc. 2.) Plaintiff also filed a "Motion to Compel Docket Report," requesting an update on the progress of his case. (Doc. 3.) "Historically, while a party need not be absolutely destitute in order to proceed in forma pauperis in federal court, pauper status has been denied to those bringing civil actions where they have adequate money to pay the filing fee." Henderson v. Kastenr, No. CIV A 08-167-ART, 2008 WL 4844718, at *1 (E.D. Ky. Nov. 5, 2008) (denying in forma pauperis status to 2241 petitioner who had sufficient fund to pay filing fee). Of course, in deciding whether to grant in forma pauperis status and

excuse a party from paying a filing fee, the Court must consider the amount of the filing fee which, in this habeas corpus case, is only $5.00. 28 U.S.C. § 1914(a).

According to the statement Petitioner submitted with his motion to proceed in forma paupeirs, he has sufficient funds to pay the $5.00 filing fee. (Doc. 2, p. 2 (providing details of Petitioner's inmate trust account including current balance of $136.56.)) Thus, the Court **DENIES** Petitioner's Motion for Leave to Proceed in Forma Pauperis. Petitioner shall have **twenty-one (21) days** from the date of this Order to pay the full filing fee. If the filing fee is not paid by that date, the Court will dismiss this action without prejudice. See Local Rule 4.2. Plaintiff's "Motion to Compel Docket Report," (doc. 3), is, therefore, **DENIED AS MOOT**.

**SO ORDERED**, this 23rd day of March, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA