# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| RICARDO PADILLA NUNEZ, | * | |
| | * | |
| Petitioner, | * | CIVIL ACTION NO.: 5:16-cv-12 |
| | * | |
| v. | * | |
| | * | |
| D. RAY JAMES CORRECTIONAL FACILITY; TRACY JOHNS; GEO GROUP,INC.; GEORGE ZOLEY; CHARLES SAMUEL; and BUREAU OF PRISONS, | * | |
| | * | |
| Respondents. | * | |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 15). Petitioner Ricardo Padilla Nunez ("Nunez") failed to file any Objections to the Magistrate Judge's Report and Recommendation.

Accordingly, the Court **DISMISSES** Nunez's Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2241. The Court **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case. The Court **DENIES** Nunez leave

to proceed *in forma pauperis* on appeal.

**SO ORDERED**, this 14 day of December, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA